# United States Court of Appeals for the Federal Circuit

---

**BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, TISSUEGEN, INC.,**
*Plaintiffs-Cross-Appellants*

**v.**

**BOSTON SCIENTIFIC CORP.,**
*Defendant-Appellant*

---

2024-2062, 2024-2063

---

Appeals from the United States District Court for the District of Delaware in No. 1:18-cv-00392-GBW, Judge Gregory Brian Williams.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

FOR THE COURT

July 27, 2026
Date

Jarrett B. Perlow
Clerk of Court